**Order filed, November 03, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00553-CR

———————

### CRAIG ALLEN NEALE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Court
Chambers County, Texas
Trial Court Cause No. 30348**

---

## ORDER

The reporter's record in this case was due **July 31, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Tamara Derouen and Audrey Waldrop**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM